## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  07-cv-00382-LTB-MJW

BERNARDO CASTANEDA by his next friend LIDIA GARAY, mother, and BERNARDO CASTANEDA, father,

        Plaintiff,

v.

MATT SPRINGER,
TODD RENNER,
CITY OF AURORA, COLORADO,

        Defendants.

_____

## MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


     Plaintiff's Motion to Amend Complaint (Doc 12 - filed April 2, 2007) is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.L.CivR 7.1(A).

     Plaintiff's Motion for Enlargement of Time to File Attachments to Response to Motion to Dismiss (Doc 14 - filed April 2, 2007) is GRANTED up to and including April 5, 2007.




Dated:  April 3, 2007

_____