**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  07-cv-00382-LTB-MJW

BERNARDO CASTANEDA by his next friend LIDIA GARAY, mother, and BERNARDO CASTANEDA, father,

        Plaintiff,

v.

MATT SPRINGER,
TODD RENNER,
CITY OF AURORA, COLORADO,

        Defendants.

---

**MINUTE ORDER**
---

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     Plaintiff's Renewed Motion to Amend Complaint (Doc 17 - filed April 9, 2007) is GRANTED.  The tendered Amended Complaint is accepted for filing.

Dated:  April 10, 2007

---