IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No. 07-cv-00382-LTB-MJW

BERNARDO CASTANEDA, by his next friends, Lidia Garay, mother, and Bernardo Castaneda, father,

    Plaintiff,

v.

MATT SPRINGER, TODD RENNER, CITY OF AURORA, COLORADO,

    Defendants.

_____

ORDER
_____

    The plaintiff, Bernardo Castaneda, a minor, asserts against the defendants claims under 42 U.S.C. § 1983 arising out of their arrest of him on April 1, 2005.  He alleges both that the arrest was unjustified and that force used during the arrest was excessive.

    After Mr. Castaneda filed his initial complaint, the City of Aurora ("City") moved to dismiss, rightly arguing that governmental entities are not liable on *respondeat superior* theories under Section 1983 and that Mr. Castaneda cannot recover punitive damages against it.  Mr. Castaneda then filed with leave of the Court an Amended Verified Complaint, alleging that the City failed to train properly its officers and that that dereliction resulted in his damages.  He also alleges that the City wrongly pursued a criminal prosecution against him.  Having thus overcome the City's objections, Mr. Castaneda has stated a claim against the City and the motion (document #3) is therefore DENIED.

Dated: May   10  , 2007 in Denver, Colorado.

                                      BY THE COURT:

                                         s/Lewis T. Babcock
                                      Lewis T. Babcock, Chief Judge