IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-00382-LTB-MJW

BERNARDO CASTANEDA, by his next friends, Lidia Garay, mother, and Bernardo Castaneda, father,

Plaintiff,

v.

MATT SPRINGER,
TODD RENNER,
CITY OF AURORA, COLORADO,

Defendants.

### ORDER

THE COURT, being advised in the premises of the parties' Stipulated Motion to Modify Scheduling Order, finds that there is good cause for the requested modification and orders that Plaintiff provide his medical records (with a privilege log attached of those records withheld) by November 20, 2007, and that the depositions of doctors and parents take place within 45 days of that date.

_____
Judge

10-26-07

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO