IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00382-LTB-MJW

BERNARDO CASTANEDA,

Plaintiff(s),

v.

MATT SPRINGER,
TODD RENNER,
CITY OF AURORA, COLORADO,

Defendant(s).

## MINUTE ORDER

     It is hereby ORDERED that the Unopposed Motion to Modify Scheduling Order, filed with the Court on February 12, 2008, is GRANTED and the discovery cutoff date is extended up to and including April 20, 2008.

Date: February 14, 2008