IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00382-LTB-MJW

BERNARDO CASTANEDA,

Plaintiff(s),

v.

MATT SPRINGER,
TODD RENNER,
CITY OF AURORA, COLORADO,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Unopposed Motion to Reschedule Settlement Conference, DN 46, filed with the Court on February 15, 2008, is GRANTED. The Settlement Conference set on February 19, 2008, at 1:30 p.m., is VACATED. The parties shall contact the court within 10 days from the date of this order to reset the settlement conference.

Date: February 19, 2008