IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00382-LTB-MJW

BERNARDO CASTANEDA,

Plaintiff(s),

v.

MATT SPRINGER,
TODD RENNER,
CITY OF AURORA, COLORADO,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Defendant Matt Springer's Motion to Quash Subpoena Duces Tecum (docket no. 52) is GRANTED. Plaintiff and Co-Defendants have not filed any timely response to this motion and this court deems the motion confessed.

Date: May 28, 2008