**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00382-LTB-MJW

BERNARDO CASTANEDA, by his next friends, Lidia Garay, mother, and Bernardo Castaneda, father,

       Plaintiff,

v.

MATT SPRINGER,
TODD RENNER,
CITY OF AURORA, COLORADO,

       Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal of Defendant Matt Springer and Defendant Todd Renner (Doc 56 - filed May 28, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED as to Defendants Matt Springer and Todd Renner,** each party to pay their own fees and costs.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:  May 29, 2008