**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00382-LTB-MJW

BERNARDO CASTANEDA, by his next friends, Lidia Garay, mother, and Bernardo Castaneda, father,

    Plaintiff,

v.

MATT SPRINGER,
TODD RENNER,
CITY OF AURORA, COLORADO,

    Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Defendant City of Aurora (Doc 59 - filed October 1, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

    BY THE COURT:

      s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED: October 2, 2008